UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Preferred Group

v.

R.J. Dooley Realty Inc. et.al

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-11

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

7: 09 cv - 4981 (VB) (PED)

The above entitled action is referred to the Honorable Paul E. Davision, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| __ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| __ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | _X_ | SETTLEMENT (after 2/1/12) (Clients MUST appear in person) |
| | | __ | OTHER |

____ JURY SELECTION

Dated: December 14, 2011
       White Plains, New York

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd                                    Rev. 9/10

Given to counsel
Copies Mailed/Faxed J. Davis
Chambers of Vincent L. Briccetti  12/14/11