UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PREFERRED GROUP OF MANHATTAN, INC.,

        Plaintiff,

-v-                                    CASE NO. 09-CV-4981 (VLB)(PED)

ROBERT J. DOOLEY, and CORNELIUS R. VERHOEST,

        Defendants.

---

## NOTICE OF APPEARANCE AND DEMAND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Matthew R. Maron of Tannenbaum Helpern Syracuse & Hirschtritt LLP is an attorney for Defendant Cornelius R. Verhoest and appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       February 8, 2012

                                        TANNENBAUM HELPERN
                                        SYRACUSE & HIRSCHTRITT LLP

                                        By: s/ Matthew R. Maron
                                            Matthew R. Maron

                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 508-6792 (Phone)
                                        (212) 937-3722 (Direct Fax)
                                        Email – maron@thsh.com

                                        *Attorneys for Defendant Cornelius R. Verhoest*