## TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6792
Writer's Direct Fax: (212) 937-3722
E-mail: maron@thsh.com

February 8, 2012

**VIA FACSIMILE - (914) 390-4256**

Hon. Paul E. Davison
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 420
White Plains, New York 10601

**MEMO ENDORSED**

Re: *Preferred Group of Manhattan, Inc. v. Dooley, et al.*, 09-cv-04981 (VB)(PED)

Dear Judge Davison:

I am counsel to defendant Cornelius R. Verhoest, and I write with the knowledge and consent of counsel for Plaintiff in this action.

Pursuant to the instructions given to our office last week by Your Honor's court deputy, the parties hereby jointly request that the settlement conference currently scheduled for Friday, February 10, 2012 at 2:30 p.m. be adjourned to Thursday, March 29, 2012 at 2:30 p.m.

We thank the Court in advance for its time and consideration.

Respectfully,

Matthew R. Maron

cc: Kenneth S. Yudell, Esq. (via email)
Kenneth M. Block, Esq.

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J
2/8/10