UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Preferred Group of Manhattan, Inc.                    Case No. 7:09-cv-04981-VB
                Plaintiff,

-against-

Dooley et al.
                Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Matthew Russell Maron**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: M2270     My State Bar Number is 4384368 (NY)

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
    FIRM NAME: Ganfer & Shore, LLP
    FIRM ADDRESS: 360 Lexington Avenue, New York, NY 10017
    FIRM TELEPHONE NUMBER: 212-922-9250
    FIRM FAX NUMBER: 212-922-9335

NEW FIRM:
    FIRM NAME: Tannenbaum Helpern Syracuse & Hirschtritt LLP
    FIRM ADDRESS: 900 Third Avenue, New York, NY 10022
    FIRM TELEPHONE NUMBER: (212) 508-6700
    FIRM FAX NUMBER: (212) 371-1084

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/9/12

ATTORNEY'S SIGNATURE