```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:- X
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Preferred Group of Manhattan Inc.

                            v.

Dooley et.al

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMENDED
ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

7: 09 cv 4981 (VB) (PED)

The above entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| **X** | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | JURY SELECTION |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | HABEAS CORPUS |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | SOCIAL SECURITY |
| | | ____ | SETTLEMENT |
| | | ____ | OTHER |

Dated: April 3, 2012
       White Plains, New York

SO ORDERED:

_[signature]_
Vincent L. Briccetti
United States District Judge

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd                                                                                              Rev. 9/10