## UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

April 4, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Preferred Group of Manhattan, Inc.**<br><br>                                        Plaintiff,<br><br>*- against -*<br><br>**Robert J. Dooley, et al**<br><br>                                        Defendant. | **SCHEDULING ORDER**<br><br>09-cv-04981-VB-PED |

TO ALL PARTIES:

The matter has been scheduled before the Honorable Paul E. Davison, United States Magistrate Judge, for a conference on **April 16, 2012 at 10:00 am** in Courtroom 420.

SO ORDERED:

_____
Hon. Paul E. Davison
United States Magistrate Judge