**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6792
Writer's Direct Fax: (212) 937-3722
E-mail: maron@thsh.com

# MEMO ENDORSED

May 2, 2012

**VIA FACSIMILE - (914) 390-4256**

Hon. Paul E. Davison
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 420
White Plains, New York 10601

    Re:    *Preferred Group of Manhattan, Inc. v. Dooley, et al.*, 09-cv-04981 (VB)(PED)

Dear Judge Davison:

    I am counsel to defendant Cornelius R. Verhoest, and I write with the knowledge and consent of counsel for Plaintiff in this action.

    As I had indicated during the discovery conference before the Court on April 16, 2012, our client was hospitalized again during the month of April and since he remains in ill health, he is unable to attend the Court conference tomorrow (Thursday). Therefore, pursuant to the instructions given by Your Honor's court deputy Frank Cangelosi this afternoon, the parties hereby jointly request that the settlement conference and adjourned discovery conference be adjourned to Tuesday, May 29, 2012 at 2:30 p.m.

    We thank the Court in advance for its time and consideration.

                                                       Respectfully,

                                                       Matthew R. Maron

cc:    Kenneth S. Yudell, Esq. (via email)
        Kenneth M. Block, Esq.

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge
5/3/12