TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6792
Writer's Direct Fax: (212) 937-3722
E-mail: maron@thsh.com

**MEMO ENDORSED**

> Settlement conference adjourned on consent to June 5, 2012 at 2:30 p.m. Any party seeking resolution of a discovery dispute shall promptly submit the letter contemplated by this Court's standard discovery order (Docket # 41).

May 9, 2012

**VIA FACSIMILE - (914) 390-4256**

Hon. Paul E. Davison
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 420
White Plains, New York 10601

SO ORDERED
Hon. Paul E. Davison
United States Magistrate Judge
5/9/12

Re: *Preferred Group of Manhattan, Inc. v. Dooley, et al.*, 09-cv-04981 (VB)(PED)

Dear Judge Davison:

I am counsel to defendant Cornelius R. Verhoest, and I write with the knowledge and consent of counsel for Plaintiff in this action.

I had spoken with Your Honor's law clerk this past Monday concerning a scheduling issue that will prevent us from appearing for the settlement conference and continued discovery conference currently scheduled for Tuesday, May 29, 2012 at 2:30 p.m. Therefore, pursuant to the instructions given to me by Your Honor's law clerk, the parties hereby jointly request that the settlement conference and adjourned discovery conference be adjourned to Tuesday, June 5, 2012 at 2:30 p.m.

We thank the Court in advance for its time and consideration.

Respectfully,

Matthew R. Maron

cc: Kenneth S. Yudell, Esq. (via email)
Kenneth M. Block, Esq.