UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Preferred Group

        Plaintiff,

v.                                                                                  7:09  cv 4981   (VB)

Dooley

        Defendants.

### RE- SCHEDULING NOTICE

The above case previously scheduled for September 20, 2012,  is hereby re-scheduled until October 10, 2012 at  9:45 a.m. in courtroom 620 before the Honorable Vincent L. Briccetti, at the Hon. Charles L. Brieant Courthouse, 300 Quarropas St, White Plains, NY 10601.

Dated at White Plains, this 21  day of June  , 2012

        By the Court,
        Donna Hilbert

        _____
        Deputy Clerk