UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

BANK OF AMERICA, N.A.,
                              Plaintiff,

                    -against-

RJ DOOLEY REALTY, INC., et al.,
                              Defendants.
-----------------------------------------------------------

Case No.  09-cv-04981 (VB)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

KENNETH S. YUDELL
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KY3259          My State Bar Number is  2549244

I am,
    [✓]  An attorney
    [ ]  A Government Agency attorney
    [ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  Aronauer, Re & Yudell, LLP
               FIRM ADDRESS:  444 Madison Avenue, 17th Floor
               FIRM TELEPHONE NUMBER:  (212) 755-6000
               FIRM FAX NUMBER:  (212) 755-6006

NEW FIRM:      FIRM NAME:  Aronauer, Re & Yudell, LLP
               FIRM ADDRESS:  One Grand Central Place, 60 E. 42nd St., Suite 1420
               FIRM TELEPHONE NUMBER:  (212) 755-6000
               FIRM FAX NUMBER:  (212) 755-6006

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
     was entered on _____ by Judge _____

Dated: July 13, 2012

_____
ATTORNEY'S SIGNATURE