## ARONAUER, RE & YUDELL, LLP

ATTORNEYS AT LAW

JOSEPH ARONAUER
JOHN C. RE
KENNETH S. YUDELL

R. CHRISTOPHER OWENS

MICHAEL S. SCHER
HOWARD M. SOMMERS
OF COUNSEL

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET, SUITE 1420
NEW YORK, NEW YORK 10165
TELEPHONE 212-755-6000
FACSIMILE 212-755-6006
WEBSITE WWW.ARYLLP.COM
E-MAIL. KYUDELL@ARYLLP.COM

August 29, 2012

**By Facsimile**

Hon. Paul E. Davison
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

    Re:  Bank of America, N.A., as Trustee, etc.
           v. RJ Dooley Realty, Inc., et al.
           Case No. 09 Civ. 4981 (VB)

Dear Judge Davison:

       I apologize again for my oversight and the need to adjourn yesterday's telephone conference at the last minute.

       Pursuant to my discussions with Chambers, it is requested that the telephone conference in the referenced matter, originally scheduled for August 28, 2010 at 10 a.m., be adjourned to Wednesday, September 5, 2012 at 11 a.m. I have conferred with opposing counsel, and this is his preferred adjourned date from the dates and times provided by Chambers.

                                Respectfully,

                                Kenneth S. Yudell

#1243-002

cc: Matthew R. Maron, Esq. (by facsimile)

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
8/29/12