**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-12

Writer's Direct Dial: (212) 508-6792
Writer's Direct Fax: (212) 937-3722
E-mail: maron@thsh.com

September 14, 2012

**VIA FACSIMILE - (914) 390-4170**

Hon. Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 620
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  9/14/12
U.S.D.J.
Conference adjourned to 12/5/12 at 9:30 am

Re: *Preferred Group of Manhattan, Inc. v. Dooley, et al.*, 09-cv-04981 (VB)(PED)

Dear Judge Briccetti:

I am counsel to defendant Cornelius R. Verhoest ("Verhoest") and I write with the knowledge and consent of counsel for Plaintiff.

Please be advised that Judge Davison has extended the discovery deadline to December 3, 2012 in this action. Therefore, pursuant to the instructions given to us by Judge Davison, the parties jointly request that the Court adjourn the Case Management Conference before Your Honor (which is currently scheduled for October 10, 2012 at 9:45 a.m.) until a date after the adjourned discovery deadline.

We thank the Court in advance for its time and consideration.

Respectfully,

Matthew R. Maron

cc: Kenneth S. Yudell, Esq. (via email)
Kenneth M. Block, Esq.