UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                                :
PREFERRED GROUP OF MANHATTAN, INC.,
                                                :
                Plaintiff,        Case No. 09 Civ. 4981
                                                : (VLB-PED)
     - against -
                                                :
ROBERT J. DOOLEY and CORNELIUS R.    **AFFIDAVIT OF SERVICE**
VERHOEST,
                                               :
               Defendants.       :
----------------------------------------x

STATE OF NEW YORK )
                   : ss.:
COUNTY OF NEW YORK )

       **VINCENT J. MARGIOTTA**, being duly sworn, deposes and says:

       1.   I am not a party to the action, am over 18 years of age, and reside at Franklin Square, New York.

       2.   On October 16, 2012, I served the **MOTION BY KENNETH S. YUDELL TO WITHDRAW AS ATTORNEY with supporting papers** by depositing true copies thereof, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery, addressed to

the following persons at the last known addresses set forth below:

| | |
|---|---|
| Matthew R. Maron, Esq.<br>Tannenbaum Helpern Syracuse<br>Hirschtritt LLP<br>900 Third Avenue<br>New York, NY 10022<br>*Attorneys for Robert J. Dooley*<br>*& Cornelius R. Verhoest* | M. Evan Metalios, Esq.<br>Preferred Group of Manhattan, Inc.<br>71-19 Northern Blvd.<br>Jackson Heights, NY 11372<br>*Plaintiff* |

_____
VINCENT J. MARGIOTTA

Sworn to before me this
22nd day of October 2012

_____
Notary Public

APRIL HARRIS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01HA6154946
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES OCTOBER 23, 20__