**MEMO ENDORSED**

## TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084

RECEIVED NOV 16 2012
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-12

Writer's Direct Dial: (212) 508-6792
Writer's Direct Fax: (212) 937-3722
E-mail: maron@thsh.com

November 15, 2012

**VIA FACSIMILE – (914) 390-4170**

Hon. Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 620
White Plains, New York 10601

**APPLICATION GRANTED
SO ORDERED** *[signature]*
VINCENT L. BRICCETTI   11/16/12
U.S.D.J.
Conference adjourned to
1/3/13 at 2:00 pm

Re:   *Preferred Group of Manhattan, Inc. v. Dooley, et al.*, 09-cv-04981 (VB)(PED)

Dear Judge Briccetti:

I am counsel to defendant Cornelius R. Verhoest ("Verhoest").

Please be advised that Judge Davison granted Plaintiff's former counsel's motion to withdraw. A copy of the Order granting the motion which was filed on ECF today is attached hereto.

In light of the foregoing and pursuant to the instructions given to me by Your Honor's Courtroom Deputy Clerk, I request that the Court adjourn the Case Management Conference before Your Honor (which is currently scheduled for December 5, 2012 at 9:30 a.m.) until a date after Plaintiff retains new counsel.

We thank the Court in advance for its time and consideration.

Respectfully,

Matthew R. Maron

Attachment

cc:   Kenneth S. Yudell, Esq. (via email)
      M. Evan Metalios, Esq. (via Federal Express)
      Kenneth M. Block, Esq.