UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PREFERRED GROUP OF MANHATTAN, :
INC., :
                Plaintiff, : **ORDER**
:
v. : 09 CV 4981 (VB)
:
ROBERT J. DOOLEY, and CORNELIUS R. :
VERHOEST, :
                Defendants. :
------------------------------------------------------------x

        In light of Magistrate Judge Davison's December 27, 2012, Report and Recommendation, which recommends dismissal of this action with prejudice, the case management conference scheduled for January 3, 2013, is adjourned to February 15, 2013, at 12:45 p.m.

Dated: January 2, 2013
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge