UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PREFERRED GROUP OF MANHATTAN, INC.,

                Plaintiff,                09 **CIVIL** 4981 (VB)(PED)

     -against-                         **JUDGMENT**

ROBERT J. DOOLEY and CORNELIUS R.
VERHOEST,
                Defendants.
-----------------------------------------------------------------X

       Whereas the above-captioned matter having come before the Honorable Vincent Briccetti, United States District Judge, and the Court, thereafter, having issued its Order Adopting Report and Recommendation (Doc. #60) adopting Magistrate Judge Davison's Report and Recommendation, dated December 27, 2012, and dismissing the case for Plaintiff's failure to prosecute, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order, dated January 18, 2013, the Report and Recommendation, dated December 27, 2012, is adopted, and the action is dismissed for Plaintiff's failure to prosecute; accordingly, the case is closed.

**DATED:** White Plains, New York
            January 22, 2013

                                                          RUBY J. KRAJICK
                                                          **Clerk of Court**